AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____

Charter Communications
Entertainment I LLC d/b/a
Charter Communications

V.

Steven Goren

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**04-40188**

TO: (Name and address of defendant)

Steven Goren
21 Orono Street
Worcester, MA 01606

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher Brown
Murtha Cullina LLP
99 High St. 20th Fl.
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**TONY ANASTAS**                                    9/20/04
CLERK                                               DATE

_Sherry Jones_
(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service



**Worcester County Sheriff's Office** • P.O. Box 1066 • Worcester, MA 01613 • (508) 752-1100

Worcester, ss

09/27/2004

I hereby certify and return that on 09/24/2004 at 09:40am I served a true and attested copy of the Summons in a Civil Case and Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of STEVEN C. GOREN AKA GOREN, STEVEN at 21 ORONO ST, WORCESTER, MA and by mailing first class mail to the above address on 09/27/2004. Fees: Service 20.00, Travel 19.20, Conveyance 2.00, Attest 10.00 & Postage and Handling 3.00 Total Fees: $54.20

Deputy Sheriff David I Galena

*Deputy Sheriff*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                Signature of Server

                                               _____
                                               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.