UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CHARTER COMMUNICATIONS    :
ENTERTAINMENT I, LLC        :
d/b/a CHARTER COMMUNICATIONS,  :
                              :
      Plaintiff,              :      CIVIL ACTION
                              :      NO.  04-40188
v.                            :
                              :
STEVEN GOREN             :
                              :
      Defendant.           :

MOTION FOR ENTRY OF DEFAULT
AGAINST DEFENDANT STEVEN GOREN

Pursuant to Federal Rule of Civil Procedure 55(a) and Local Rules of Civil Procedure,

Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications,

hereby moves this Court for a judgment by default against the Defendant STEVEN GOREN

("Defendant"), in the above-captioned action.  In support of its Motion, Plaintiff states that:

1.      The Complaint in the above-captioned action was filed in this Court on

September 20, 2004;

2.      The Defendant was served by Deputy Sheriff David I. Galena by leaving a copy

of the Summons and Complaint at the abode of the Defendant on September 24, 2004 and by

mailing a first class true attested copy to the home of the Defendant on September 27, 2004

pursuant to Rule 4(c) and 4(e) of the Federal Rules of Civil Procedure;

3.      The Defendant failed to file an Appearance in the above-captioned action; and

4.      The Defendant failed to file a response to the Complaint, which was due on or

before October 14, 2004, as required by Rule 12(a) of the Federal Rules of Civil Procedure.

WHEREFORE, Plaintiff requests the Court enter judgment of default against the

Defendant in this action.

<div style="margin-left: 40%">

PLAINTIFF - CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a CHARTER
COMMUNICATIONS

By Its Attorneys,

Burton B. Cohen, BBO#656190
Christopher L. Brown, BBO#642688
Murtha Cullina LLP
99 High Street-20th Floor
Boston, MA 02110
    (617) 457-4000

</div>

Dated: October 17, 2004

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Entry of Default was mailed first-class, postage prepaid, on October 1̸7̸, 2004 to:

Steven Goren
21 Orono Street
Worcester, MA  01606

Christopher L. Brown