UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Charter Communications
Entertainment I, LLC
d/b/a Charter Communications,**
       Plaintiff,

                                                  CIVIL ACTION
                                                  NO. 04- 40188-FDS

       V.

**Steven Goren,**
       Defendant,

**NOTICE OF DEFAULT**

Upon application of the Plaintiff, Charter Communications Entertainment I, LLC for an order of default for failure of the Defendant, Steven Goren, to plead or otherwise defend as provided By Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the defendant has been defaulted this 23rd day of November 2004.

                                                    **TONY ANASTAS, CLERK**

                                                 By:  /s/ Martin Castles
                                                     **Deputy Clerk**

**Notice mailed to: all counsel/parties**
(default.not - 10/96)                                                                                          [ntcdflt.]