# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARTER COMMUNICATIONS ENTERTAINMENT I, LLC d/b/a CHARTER COMMUNICATIONS, | CIVIL ACTION NO. 04-cv-40188 |
| Plaintiff | |
| v. | |
| STEVEN GOREN, | |
| Defendant | |

## VOLUNTARY DISMISSAL

Plaintiff Charter Communications Entertainment I, LLC d/b/a Charter Communications voluntarily withdraws this action pursuant to Fed. R. Civ. P. 41(a) with prejudice and without costs to either party.

CHARTER COMMUNICATIONS
ENTERTAINMENT I, LLC d/b/a
CHARTER COMMUNICATIONS
By Its Attorneys,

_____
Burton B. Cohen, BBO#656190
Christopher L. Brown, BBO #642688
Murtha Cullina LLP
99 High Street, 20th Floor
Boston, MA 02110
Telephone: (617) 457-4000

Date: December 23, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Stipulation of Dismissal was mailed first-class, postage prepaid, on this 23rd day of December, 2004 to:

Steven Goren
21 Orono St.
Worcester, MA 01606

_____
Christopher L. Brown

294041-1

2